FILED

AUG - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUANITA E. SUGUITAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 1403 |
| | ) | |
| SAN FRANCISCO CULINARY BARTENDERS & SERVICE EMPLOYEES PENSION FUND, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### TRANSFER ORDER

This matter is before the Court on initial consideration of plaintiffs' *pro se* complaint and application to proceed *in forma pauperis*.

Plaintiffs, residents of the Philippines, allege that a California-based pension fund has denied them benefits in violation of their collective bargaining agreement and federal law. *See* Compl. ¶¶ 3-5. Through this action, plaintiffs seek retroactive payment of benefits and an award of monetary damages. *Id.* at 2 (page number designated by the Court).

Under 28 U.S.C. § 1404(a), a court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." In considering whether transfer would be proper, the court considers the following factors:

> [T]he convenience of the witnesses of plaintiff and defendant; ease of access to sources of proof; availability of compulsory processes to compel the attendance of unwilling witnesses; the amount of expense for the willing witnesses; the relative congestion of the calendars of potential transferor and transferee courts; and other practical aspects of expeditiously and conveniently conducting a trial.

*SEC v. Page Airways*, 464 F.Supp. 461, 463 (D.D.C. 1978). Even though a court typically should give deference to a claimant's choice of forum, it need give substantially less deference

when the preferred forum is not his home forum. *Piper Aircraft v. Reyno*, 454 U.S. 235, 255-56 (1981); *Boers v. United States*, 133 F.Supp.2d 64, 65 (D.D.C. 2001).

The District of Columbia has no apparent connection to this case. Plaintiffs' assertion that their claims are "of continuing public interest that [] need national attention," Compl. ¶ 5, is not a valid basis for proceeding in this district. Therefore, in the interests of justice, this action will be transferred to the United States District Court for the Northern District of California. A ruling on plaintiffs' motion to proceed *in forma pauperis* is left for the transferee court to decide.

Accordingly, it is hereby

ORDERED that this action shall be **TRANSFERRED** to the United States District Court for the Northern District of California.

SO ORDERED.

Date: 7/27/07

United States District Judge